No. 5,238.—J. S. OLNESS, PLAINTIFF AND APPELLANT, *v.* T. N. THOMPSON ET AL., DEFENDANTS AND RESPONDENTS.

*Appeal from District Court, Sheridan County.*

Decided November 18, 1922.

PER CURIAM.—Upon motion of respondent, supported by stipulation of the appellant, the appeal herein is dismissed.

*Howard M. Lewis* and *Jas. G. Wagner*, for Appellant.

*Mr. Paul Babcock*, for Respondent.

———

No. 5,178.—CARL B. NELSON, PLAINTIFF AND RESPONDENT, *v.* T. J. COSSETT ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Wheatland County; Wm. L. Ford, Judge.*

Decided November 22, 1922.

PER CURIAM.—On motion of respondent herein, and for good cause shown, the appeal in the above-entitled cause is dismissed.

*Messrs. Hall & Daems,* for Respondent.